UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN, <br><br> Plaintiff, <br><br> v. <br><br> PUBLIC DEFENDERS OFFICE/ PRINCIPLE RON ABERNATHY, et al., <br><br> Defendants. | Case No. 23-cv-05532-SI <br><br> **JUDGMENT** |

This case has been dismissed without leave to amend for failure to state a claim. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 22, 2024

_____
SUSAN ILLSTON
United States District Judge